UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Community Partnership Collaborative 2.0 and Shanasha Whitson,<br><br>   Plaintiffs,<br><br>v.<br><br>The Minnesota Department of Health, Christine Jones, Jessica Barry, Peggy Darrett-Brewer, and Amy Yolanda Castillo,<br><br>   Defendants. | File No. 19-cv-3165 (ECT/DTS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION** |

United States Magistrate Judge David T. Schultz issued a Report and Recommendation on February 10, 2020. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. Plaintiff Shanasha Whitson's Motion to Appeal to Proceed Pro Se on behalf of Community Partnership Collaborative 2.0 [ECF No. 4] is **DENIED**;

3. Plaintiff Community Partnership Collaborative 2.0 is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 9, 2020        s/Eric C. Tostrud
                 Eric C. Tostrud
                 United States District Court